**James Lee SHIELDS, Appellant,**

v.

**Steve LONG, Assistant Director, Missouri Department of Correction; Pat Smith, Superintendent of Operations; Fred Johnson, Superintendent I; Don Roper, Superintendent; Unknown Mailroom Personnel; Chuck Dwyer, Associate Superintendent of Offenders Management; Ian Wallace, Functional Unit Manager; Steve Larkins, Associate Superintendent; Sharon Gifford, Functional Unit Manager; Ron Nixon, Grievance Officer; Michael J. Layton, Functional Unit Manager; Robert Savage, Grievance Officer; Tim Watson, Classification Assistant; Tim Lancaster, Correctional Officer II; Freda Moore, Classification Caseworker; Linda Edgar, Classification**

Caseworker; **Linda Wilkson, Functional Unit Manager; Gwen Botkin, Librarian; Unknown Hodges, Sergeant, Food Service Worker Supervisor and Correctional Officer II; Sharon Sansoucie, Correctional Officer I and Mailroom Supervisor; Unknown Dicus, Sergeant, Property Room Supervisor and Correctional Officer II; Unknown Rush, Correctional Officer I; B. Halbert, Grievance Officer and Correctional Officer I; Philip Nixon, Functional Unit Manager; Elaini Dix, Correctional Classification Assistant; John Doe, Associate Superintendent of Offenders Management; Lay Short, Caseworker; H. Hammond, Mailroom Personnel; Sharon Sanscraw, Mailroom Supervisor.**

No. 11–1095.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 6, 2012.

Filed: Feb. 9, 2012.

James Lee Shields, Mineral Point, MO, pro se.

Rex Patrick Fennessey, Assistant Attorney General, Attorney General's Office, argued, St. Louis, MO, for Appellees.

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Inmate James Lee Shields appeals following the district court's[1] adverse grant

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District

of summary judgment in his action under 42 U.S.C. §§ 1983, 1985, and 1986. Upon de novo review, *see McAdams v. McCord*, 584 F.3d 1111, 1113 (8th Cir.2009) (Fed. R.Civ.P. 12(b)(6) motion); *Mason v. Corr. Med. Servs., Inc.*, 559 F.3d 880, 884–85 (8th Cir.2009) (summary judgment motion), we find no basis, and Shields has provided none, for overturning the orders he challenges.[2] The district court is affirmed, *see* 8th Cir. R. 47B, and we deny Shields's motions for reconsideration of injunctive relief and for appointment of counsel.

2. Shields has waived any challenge to the preservice dismissal of some defendants and to the dismissal of others for failure to serve. *See Griffith v. City of Des Moines*, 387 F.3d 733, 739 (8th Cir.2004).